*Walter Fairchild* for appellants.

*William C. Chanler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CARDOZO, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* SIDNEY GLASSMAN, Appellant.

*Crimes — unlawfully marking goods — judgment of conviction affirmed.*

*People* v. *Glassman,* 223 App. Div. 830, affirmed.

(Submitted June 15, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1928, which affirmed a judgment of the Court of Special Sessions of the City of New York convicting the defendant of unlawfully marking an article as made of platinum in violation of section 445 of the Penal Law.

*K. Henry Rosenberg* for appellant.

*Joab H. Banton, District Attorney (Edwin B. McGuire* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

GRACE W. R. CLARK et al., Respondents, *v.* THE GREEN-WOOD CEMETERY, Appellant.

*Cemeteries — action to compel cemetery corporation to permit removal of bodies therefrom.*

*Clark* v. *Green-Wood Cemetery,* 223 App. Div. 789, affirmed.

(Argued June 18, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 10, 1928, affirming a judgment in favor of plaintiffs entered upon an order of Special Term granting

a motion by plaintiffs for judgment on the pleadings. The action was to compel the defendant to permit the removal from Green-Wood Cemetery of the remains of certain deceased relatives of the plaintiffs. The defense was that the deed of the cemetery plot contained on its face the rule " that no disinterment shall be allowed without permission being obtained at the office of the corporation " and that an application for such permission had been denied.

*William H. Hayes* and *Henry H. Anderson* for appellant.
*Edward H. Wilson* and *Appleton L. Clark* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

JOBSON-GIFFORD COMPANY, Respondent, *v.* PATRICK McGOVERN, Appellant.

*Contract — action by subcontractor to recover balance alleged to be due and damages for delay.*

*Jobson-Gifford Co.* v. *McGovern*, 222 App. Div. 735, affirmed.
(Argued June 18, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover a balance alleged to be due upon a subcontract let by defendant to plaintiff for a portion of the work of construction of a pipe line as part of the water supply system of Jersey City and for damages alleged to have been caused by delays, defaults and breaches of contract by the defendant.

*Thomas F. Conway, Joseph A. Kellogg, Thomas E. O'Brien* and *William F. Pritchard* for appellant.
*John C. Wait* and *Howard G. Wilson* for respondent.